UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA ADAMO,

   Plaintiff,

-vs-                               CASE NO.:  6:16-CV-530-ORL-37GJK

SYNCHRONY BANK f/k/a
GE CAPITAL RETAIL BANK,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, PATRICIA ADAMO, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, PATRICIA ADAMO, and Defendants, SYNCHRONY BANK f/k/a GE CAPITAL RETAIL BANK, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Jessica Reyes, Esquire and Laudy Luna Perez, Liebler, Gonzalez & Portuondo P.A., Courthouse Tower - 25th Floor 44 West Flagler Street, Miami, FL  33130 (jbr@lgplaw.com); (llp@lgplaw.com); and Michael Pfeuffer, Reed Smith LLP, Global Customer Centre 20 Stanwix Street, Suite 1200, Pittsburgh, PA  15222 (mpfeuffer@reedsmith.com).

                                                   */s/Frank H. Kerney, III, Esquire*
                                                   Frank H. Kerney, III, Esquire
                                                   Florida Bar #: 88672
                                                   Morgan & Morgan, Tampa, P.A.
                                                   One Tampa City Center
                                                   201 North Franklin Street, 7th Floor
                                                   Tampa, FL 33602
                                                   Telephone: (813) 223-5505
                                                   Facsimile:  (813) 223-5402
                                                   fkerney@forthepeople.com
                                                   jkneeland@forthepeople.com
                                                   Counsel for Plaintiff